**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-00469-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      FRANCISCO ADONAY MARTINEZ,

      Defendant.

_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

      This matter has been scheduled for a **three-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **January 21, 2014** at 9:00 a.m.  It is

      ORDERED THAT all pretrial motions shall be filed by **December 10, 2013**, and responses to these motions shall be filed by **December 17, 2013**.  It is further

      ORDERED that a Trial Preparation Conference is set for **January 15, 2014** at 4:00 p.m. in Courtroom A601.  Lead counsel who will try the case shall attend in person.

      The parties shall be prepared to address the following issues at the Trial Preparation Conference:

      1)    jury selection;

      2)    sequestration of witnesses;

      3)    timing of presentation of witnesses and evidence;

    4)       anticipated evidentiary issues;

    5)       any stipulations as to fact or law; and

    6)       any other issue affecting the duration or course of the trial.

DATED: November 26, 2013.

                                      BY THE COURT:

                                      _____
                                      RAYMOND P. MOORE
                                      United States District Judge